```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
KENNETH CHATMAN,

                Plaintiff,
                                          ORDER ADOPTING REPORT &
                                          RECOMMENDATION
           -against-                      06-CV-6585 (JS)(MLO)

J.P.T. AUTOMOTIVE, INC., doing business
as Victory Toyota, DONNA MASON, and
RICH CIRILLA,

                Defendants.
----------------------------------------X
APPEARANCES:

For Plaintiff:      Kenneth Chatman, Pro se
                    137-11 255th Street
                    Rosedale, NY 11422

For Defendants:     Jamie Scott Felsen, Esq.
                    Milman Labuda Law Group, PLLC
                    3000 Marcus Avenue, Suite 3W3
                    Lake Success, NY 11042
```

SEYBERT, District Judge:

Upon review of the Report and Recommendation ("Report") of Magistrate Judge Michael L. Orenstein issued April 23, 2008, to which no party has objected, the Court hereby ADOPTS the Report in its entirety.

Magistrate Judge Orenstein's Report provided that any objections were to be filed with the Clerk of the Court within 15 days of the date of service of the Report. The time for filing objections has expired and no Party has objected. Accordingly, all objections are hereby deemed to have been waived.

The Court ADOPTS the Report in its entirety and ORDERS that the Complaint be dismissed pursuant to Rules 16(f) and 41 of

the Federal Rules of Civil Procedure.  The Clerk of the Court is directed to mark this matter CLOSED and TERMINATE all pending motions as moot.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
June  9 , 2008